# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

Latorey J. Greene, Sr.,
*Plaintiff*

v.                                                    Civil Action No.      3:19-cv-03312-MGL

Ken Young, Jr. *Attorney in his individual and official
capacity*; Patrick Wright; Casey Dale Cornwell
*Disbarred was an attorney in his individual and
official capacity*; Jack Howle; Daniel Gourley, W.
Harry Conner, Jr. *Sumter County Solicitors in his
individual and official capacity*, Susan Mayes *Sumter
County Solicitors in her individual and official
capacity*; Charles Brooks, III, Kelly Jackson *Sumter
County Solicitors in her individual and official
capacity*,
*Defendants*

)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

■   The plaintiff, Latorey J. Greene, Sr., shall take nothing of the defendants, Ken Young, Jr. *Attorney in his individual
and official capacity*, Patrick Wright, Casey Dale Cornwell *Disbarred was an attorney in his individual and official
capacity*, Jack Howle, Daniel Gourley, W. Harry Conner, Jr. *Sumter County Solicitors in his individual and official
capacity*, Susan Mayes *Sumter County Solicitors in her individual and official capacity*, Charles Brooks, III, Kelly
Jackson *Sumter County Solicitors in her individual and official capacity* and this action is dismissed without prejudice.

This action was *(check one):*

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report
and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissing the complaint for failure to prosecute.

Date:   January 22, 2020                              *ROBIN L. BLUME, CLERK OF COURT*

                                                      s/L. Baker
                                          _____
                                                *Signature of Clerk or Deputy Clerk*